# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DOUGLAS G. ASHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-CV-2482 KHV |
| | ) |
| MARK MAGUIRE, M.D., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**UPON** joint motion of Plaintiff and Defendant for a dismissal without prejudice of Plaintiff's Petition against Defendant, the Court considers and sustains the motion.

**WHEREUPON**, the Court having reviewed the Joint Motion of Dismissal Without Prejudice, hereby grants the Joint Motion of Dismissal and orders that Plaintiff's Petition against Defendant be dismissed without prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

**DATED** this 9th day of January, 2008.

                                                                             s/ Kathryn H. Vratil
                                                                             Kathryn H. Vratil
                                                                             United States District Judge

*Submitted and Approved By:*

**SCHMID & ROSWOLD, P.C.**

 /s/ James M. Roswold
James M. Roswold, #16468
Mark R. Schmid, #30861
1102 Grand Avenue, Suite 1901
Kansas City, Missouri  64106
(816) 471-5111/(816) 471-7199
**ATTORNEYS FOR PLAINTIFF**

**NORRIS & KEPLINGER, L.L.C.**

 /s/ Melissa D. Hillman
Bruce Keplinger, #09562
Melissa D. Hillman, #19180
Financial Plaza II
6800 College Boulevard, Suite 630
Overland Park, Kansas  66211
(913) 663-2000/(913) 663-2006 FAX
**ATTORNEYS FOR DEFENDANT**

{0114726.DOC}